**FILED**
MAY 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No.: 08 MJ 8409 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1324(a)(1)(A)(iii) Harboring Illegal Aliens |
| Francisco ZAPOT-Palacios, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 9, 2008, within the Southern District of California, defendant Francisco ZAPOT-Palacios, knowing and in reckless disregard of the fact that said aliens, namely, Valentin GONZALEZ-Miranda, Emmanuel SANCHEZ-Rubio and Candido MUNOZ-Palacios, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection such aliens in a building located at 322 South 14th Street, Brawley, California, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

ARTHUR CALOCA
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12TH DAY OF MAY 2008.

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Arthur Caloca, Special Agent with the U. S. Immigration & Customs Enforcement (ICE), declare under penalty of perjury, the following is true and correct:

On 05/09/08 @ approximately 0830 hours, Special Agents from ICE executed search warrants at 314 South 14th Street, Brawley, California, 92227 and at 322 South 14th Street, Brawley, California, 92227.

At the residence of 322 South 14th Street, Brawley, three illegal aliens were found, later identified as Valentine GONZALEZ-Miranda, Emmanuel SANCHEZ-Rubio and Candido MUNOZ-Palacios.

ZAPOT-Palacios was found at the residence of 314 South 14th Street in Brawley. ZAPOT-Palacios was advised of his rights per Miranda. ZAPOT-Palacios stated he understood his rights and was willing to answer questions without the presence of an attorney. ZAPOT-Palacios stated he is a citizen of Mexico with no legal immigration documents to be in the United States legally. ZAPOT-Palacios stated he is employed as a foreman at Boss 4 Packing. ZAPOT-Palacios stated he obtained the residence at 322 South 14th Street in Brawley for the sole purpose of housing illegal aliens. ZAPOT-Palacios stated he collects money from GONZALEZ-Miranda, SANCHEZ-Rubio and MUNOZ-Palacios to pay rent and utilities. ZAPOT-Palacios stated he employed the material witnesses at Boss 4 Packing to harvest crops in agricultural fields throughout the Imperial Valley.

There is no evidence ZAPOT-Palacios sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being voluntarily returned to Mexico.

Material Witnesses Valentine GONZALEZ-Miranda, Emmanuel SANCHEZ-Rubio and Candido MUNOZ-Palacios stated they are citizens of Mexico with no legal immigration documents to be in the United States legally.

Interview of the Material Witnesses Valentine GONZALEZ-Miranda, Emmanuel SANCHEZ-Rubio and Candido MUNOZ-Palacios that Francisco was harboring them at the residence by having renting the residence, paying all utility bills in order to be employed illegal at Boss 4 Packing in Heber, California. The Material Witness stated ZAPOT-Palacios was at the residence of 314 South 14th Street in Brawley.

The complaint states that names of the Material Witness is as follows:

| Name | Place of Birth |
| --- | --- |
| Valentin GONZALEZ-Miranda | Mexico |
| Emmanuel SANCHEZ-Rubio | Mexico |
| Candido MUNOZ-Palacios | Mexico |

Further, complainant states that Valentine GONZALEZ-Miranda, Emmanuel SANCHEZ-Rubio and Candido MUNOZ-Palacios are citizens of a country other than the United States; that

said aliens has admitted that they are deportable; that they testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and that he is a material witness in relation to their criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on 05/09/08 @ 2315.

_____
ARTHUR CALOCA
Special Agent

On the basis of the facts presented in this probable cause statement consisting of __2__ page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 05/09/08 in violation of 8 U.S.C. §1324.

_____          5/9/08 @ 9:52 pm
United States Magistrate Judge                    Date/Time
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

TOTAL P.01